# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | | |
|---|---|---|
| CARLINO EAST BRANDYWINE, L.P. | : | No. 579 MAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| BRANDYWINE VILLAGE ASSOCIATES, JOHN R. CROPPER, INDIVIDUALLY AND AS GENERAL PARTNER OF BRANDYWINE VILLAGE ASSOCIATION, L & R PARTNERSHIP, RICHARD J. BLAIR, INDVIDUALLY AND AS GENERAL PARTNER OF L & R PARTNERSHIP, LEONARD G. BLAIR, INDVIDUALLY AND AS GENERAL PARTNER OF L & R PARTNERSHIP, PAUL PRINCE, ESQ. PRINCE AND KURTAS, EUGENE ORLANDO, ESQ., ORLANDO LAW OFFICES, P.C.  THE GIANT COMPANY LLC | : : : : : : : : : : : : : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRANDYWINE VILLAGE ASSOCIATES, LLP, JOHN R. CROPPER, INDIVIDUALLY AND AS GENERAL PARTNER OF BRANDYWINE VILLAGE ASSOCIATION, L & R PARTNERSHIP, LLC | : : : : : | |
| | : | |
| | : | |
| PETITION OF: BRANDYWINE VILLAGE ASSOCIATES, JOHN R. CROPPER, INDIVIDUALLY AND AS GENERAL PARTNER OF BRANDYWINE VILLAGE ASSOCIATION, L & R PARTNERSHIP, RICHARD J. BLAIR, INDVIDUALLY AND AS GENERAL PARTNER OF L & R PARTNERSHIP, LEONARD G. BLAIR, INDVIDUALLY AND AS GENERAL PARTNER OF L & R PARTNERSHIP, | : : : : : : : : : : : | |

PAUL PRINCE, ESQ. PRINCE AND                    :
KURTAS

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is

**DENIED**.